UNITED STATES of America,
Plaintiff–Appellee,

v.

Miguel PAZ–MARTINEZ, also known
as Jose Cedillos, also known as Mi-
guel Cedillo, Defendant–Appellant.

No. 06–41330
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 4, 2007.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Southern Dis-
trict of Texas, Houston, TX, for Plaintiff–
Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Federal Public Defender's Office,
Southern District of Texas, Houston, TX,
for Defendant–Appellant.

Before JONES, Chief Judge, and
HIGGINBOTHAM and CLEMENT,
Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Miguel Paz–Martinez raises argu-
ments that are foreclosed by *Almendarez–
Torres v. United States,* 523 U.S. 224, 235,
118 S.Ct. 1219, 140 L.Ed.2d 350 (1998),
which held that 8 U.S.C. § 1326(b)(2) is a
penalty provision and not a separate crimi-
nal offense. The Government's motion for
summary affirmance is GRANTED, and

the judgment of the district court is AF-
FIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.